UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                Case Number 06-10812 GMB

Debtor: Denise Mahoney

| Check Number | Creditor | Amount |
|---|---|---|
| 1684749 | Countrywide Home Loans, Inc. | 2015.20 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  March 12, 2010