## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number 06-10812 GMB

Debtor: Denise Mahoney

| Check Number | Creditor | Amount |
|---|---|---|
| 1722010 | BAC Home Loans Servicing, LP | 719.71 |

*/s/ Isabel C. Balboa*

Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   March 15, 2011