JENKINS & CLAYMAN
Eric J Clayman
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696

| IN THE MATTER OF | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|---|
| Debtor(s)<br><br>Denise Mahoney | JUDGE: Gloria M. Burns, U.S.B.J.<br>CASE NO.: 06-10812 (GMB)<br>CHAPTER 13<br>HEARING DATE: June 20, 2011 at 10:00 a.m.<br><br>NOTICE OF MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO HOCROFT ASSOCIATES PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTION 2041 *ET. SEQ.* |

TO:   ALL PARTIES ON THE ANNEXED SERVICE LIST

PLEASE TAKE NOTICE THAT THE UNDERSIGNED WILL APPLY BEFORE

Honorable Gloria M. Burns, U.S.B.J.
Date: June 20, 2011
Time: 10:00 a.m.
Place: United States Bankruptcy Court, District of New Jersey, Mitchell Cohen Federal Court House, 400 Cooper Street, Camden, New Jersey.

RELIEF SOUGHT: ORDER DIRECTING PAYMENT OF FUNDS TO HOCROFT ASSOCIATES PURSUANT TO 11 U.S.C. Section 347 AND 28 U.S.C. Section 2041 *et. seq.* and D.N.J. LBR 9013-1 and other such relief as the Court may deem appropriate.

GROUNDS:  See annexed certification.

STATEMENT RE BRIEF: Due to the uncomplicated legal issues and the Certification of herelevant facts, a brief is not necessary.

**PLEASE TAKE NOTICE** that Eric J Clayman as counsel for Dilks & Knopik, LLC attorney-in-

fact to Bank of America., a creditor in the above captioned proceeding (the "Claimant"), shall move

for an order Directing Payment of Funds to Creditor Claimant, Pursuant to 11 U.S.C. Section 347

and 28 U.S.C. Section 204 1, et. seq. (the "Motion). The funds are in the Court

Clerk's registry for unclaimed funds. The undersigned moves as required by Local Bankruptcy Rule D.N.J. LBR 3011-1.

**PLEASE TAKE FURTHER NOTICE**, that in support of the Motion, the Claimant shall rely upon the certification and proposed form of Order submitted herewith.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to D.N.J. LBR 9013-1 of the Local Rules of this Court, objections, if any, to the Motion and proposed Order must be in writing, must conform to the requirements of the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of New Jersey, set forth the name of the objector, the basis for the objection and the specific grounds therefore, and must be filed with the Clerk of the Court and served upon the undersigned at least seven (7) days prior to the hearing date indicated herein with copies filed simultaneously served upon the attorney whose name and address appear below.

**PLEASE TAKE FURTHER NOTICE**, pursuant to D.N.J. LBR 9013-1 of Local Rules of this Court, failure of any person or entity receiving notice of the Motion to file objections thereto on a timely basis shall be a bar to the assertion of an objection to the entry by the Court of the proposed Order, as same may be modified, and the within Motion shall be deemed uncontested.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to D.N.J. LBR 9013-1(f) of the Local Rules of this Court, the undersigned hereby requests oral argument only if the within Motion is opposed.

Dated: 5/27/11

Eric J Clayman
Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696