JENKINS & CLAYMAN
Eric J Clayman
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696

| IN THE MATTER OF | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| Debtor(s)  **Bank of America Corporation** | JUDGE: Gloria M. Burns CASE NO.: 06-10812 GMB CHAPTER 13 HEARING DATE: June 20, 2011 at 10:00 a.m.  **CERTIFICATION IN SUPPORT OF MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO BANK OF AMERICA CORPORATION PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTION 2041** *ET. SEQ.* |

Brian J Dilks, of Dilks & Knopik, LLC, certifies under penalty of perjury as follows:

1. I am an officer of Dilks & Knopik, LLC. I am duly authorized by Bank of America Corporation, the creditor who has the right to unclaimed funds to make this claim. To the best of my knowledge, information and belief, the sum of $3,847.20 is due, owing and unpaid to this creditor.

2. Bank of America Corporation is the creditor who has the right to these unclaimed funds deposited with the Court. This Claimant was a creditor of the Debtor named above.

3. The Claimant was due to receive and the Trustee did, in fact, make a distribution from the estate of the Debtor in the amount of $3,847.20.

4. The check forwarding the funds was returned uncashed and undelivered since the address the debtor scheduled was:

( ) not accurate

( ) not updated after the creditor claimant had moved, or

(X) (Other) The original dividend check was sent to a Countrywide Home Loans, Inc. at 7105 Corporate Drive, Plano, TX 75024. That address is no longer valid. The change in mailing address may have prevented delivery of the original dividend check. Furthermore Countrywide Home Loans, Inc. is a wholly owned subsidiary of Bank of America Corporation.

The Claimant was not located by the debtor or the trustee and the funds due to the Claimant were paid into the Court pursuant to **11 U.S.C. § 347 and Local Bankruptcy Rule D.N.J. LBR 3011-1 (UNCLAIMED FUNDS).**

5. Pursuant to 11 U.S.C. § 347 and Chapter 129 of the 28, United States Code, I ask that the Court issue an Order directing the Clerk of the Bankruptcy Court to send payment to designee Dilks & Knopik, LLC and that payment be made to the order of the original creditor set forth in the proposed form of Order.

6. A copy of the Limited Power of Attorney or other authority approving payment of funds owed to the Claimant to Brian J Dilks, c/o Dilks & Knopik, LLC, 1760 Newport Way, P.O. Box 2728, Issaquah, WA 98027 is annexed as *Exhibit A*.

7. Proof of the right to the original payment of the unclaimed funds is attached.

8. The proper identification of the claimant is shown by:

check one    ( ) claimant's social security number is:

(X) claimant's employer's identification number is: 94-1687665

( ) certification of the claimant's lawful authority to apply for these funds is:

9. Check if applicable:    ( ) the current claimant is the lawful successor in interest to the original claimant in the funds claimed.

           ( ) the proof of any name change, assignment or other documentation is attached.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, that I am subject to punishment.

Dated: 5/9/11

                                        Brian J Dilks - Member
                                        Dilks & Knopik, LLC
                                        1760 Newport Way NW
                                        Issaquah, WA 98027
                                        425-836-5728
                                        Attorney in Fact for
                                        Bank of America Corporation