| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| JENKINS & CLAYMAN |
| Eric J Clayman |
| 412 White Horse Pike |
| Audubon, NJ 08106 |
| (856)546-9696 |

| IN THE MATTER OF | CASE NO.: 06-10812 GMB |
| --- | --- |
| Denise Mahoney, Debtor | CHAPTER 13 |
| | HEARING DATE: June 20, 2011 at 10:00 a.m. |
| | JUDGE: Gloria M. Burns |

## ORDER DIRECTING PAYMENT OF FUNDS TO BANK OF AMERICA CORPORATION
## PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTION 2041 *ET. SEQ.*

The relief set forth on the following pages, numbered 1 through 2, is hereby ORDERED.

Page 2
Debtor: Denise Mahoney,
Case No.: 06-10812 GMB
Caption of Order: **ORDER DIRECTING PAYMENT OF FUNDS TO BANK OF AMERICA CORPORATION PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTION 2041** *ET. SEQ.*

**THIS MATTER,** having come before the Court by way of Motion for an Order Directing Payment of Funds to Bank of America Corporation, through its designee, Dilks & Knopik, LLC, by and through counsel, attorney, Eric J Clayman, Esq. appearing, and the Court having considered the pleadings filed in support of the relief requested, and having further considered objections, if any, to said relief, and good and sufficient notice of the Motion having been given, and good and sufficient cause appearing for entry of this Order, it is

**ORDERED,** that the Motion for an Order Directing Payment of Funds to the Claimant shall be and is hereby granted in all respects; and it is further

**ORDERED,** that the Clerk shall be and is hereby authorized and directed to tender payment of funds held in the registry of this Court payable to Bank of America Corporation pursuant to 11 U.S.C. § 347 and sent to attorney-in-fact, Brian J Dilks, c/o Dilks & Knopik, LLC., P.O. Box 2728, Issaquah, WA 98027 in the sum of no less than $3,847.20 for the benefit of and waiting request of the Claimant.

                                                **HONORABLE GLORIA M. BURNS**
                                                United States Bankruptcy Court for the
                                                District of New Jersey