## LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I,

**Karen Hartford Polk, AVP; Recovery Solutions of Bank of America Corporation ("Bank of America")**, acting on behalf of Bank of America hereby appoint **Dilks & Knopik, LLC**, in the person of one of its principal officers, as Bank of America's lawful attorney-in-fact to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds of:

**Countrywide Home Loans, Inc. in the amount of $3,847.20 from the DISTRICT OF NEW JERSEY**

held by the United States, by a state, or by an agency or instrumentality of either, hereby revoking all previous powers of attorney in this regard to whomever granted.

Bank of America further grants the attorney authority to do whatever is necessary and proper to recover the aforementioned unclaimed funds only, as fully as it might or could do if acting through its own officers or agents, hereby confirming all that the attorney shall lawfully do or cause to be done. Nevertheless, the attorney shall have no authority to incur any financial obligation or to make any expenditure on behalf of Bank of America, other than an expenditure payable from any sums recovered by virtue of the attorney's actions.

In construing this instrument where the context so requires, the singular includes the plural. This Power of Attorney shall expire 180 days from the date hereof or upon collection of the aforementioned unclaimed funds, if earlier, unless otherwise extended by an amendment, which is attached hereto.

Signed this 12 day of Apr. 1, 2011

**Bank of America Corporation**

*[signature]*

**Karen Hartford Polk**
**AVP; Recovery Solutions**

Countrywide Home Loans, Inc.
**C/O Bank of America**          Federal Taxpayer ID: 94-1687665

State of North Carolina County of Mecklenburg Date: April 12, 2011

The above-named Karen Hartford Polk, known to me to be the individual described in [and holding the position designated in] the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

Before me *[signature]* Notary Public

(Notary Seal) A. Yaroma

My commission expires: 3/20/2014

**EXHIBIT A**



**Bank of America**
**Merrill Lynch**

## LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I,

Katherine S. Neeley, Vice President of Bank of America N.A. ("Bank of America"), acting on behalf of Bank of America hereby appoint Karen Polk, as Bank of America's lawful attorney-in-fact to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds belonging to Bank of America or any of its entities or predecessors, held by the United States, by a state or local municipality, or by an agency or instrumentality of either, hereby revoking all previous powers of attorney in this regard to whomever granted.

Signed this 29 day of November, 2010

Bank of America N.A.

By _____
Katherine S. Neeley
Vice President

Affix Corporate Seal

Bank of America N.A.

Federal Taxpayer ID 94-1687665

State of North Carolina County of Mecklenburg   November 29, 2010

The above-named Katherine S. Neeley known to me to be the individual described in [and holding the position designated in] the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

Before me _____
Notary Public

(Notary Seal)

My commission expires: 3/28/2014

Bank of America, N.A., NC1-021-03-40
401 North Tryon Street, Charlotte, NC 28255

Recycled Paper

## AFFIDAVIT OF CREDITOR'S PREVIOUS ADDRESS

**BE IT ACKNOWLEDGED**, that I Karen Hartford-Polk, the undersigned deponent, belonging to the legal age, do hereby depose and say under the pains and penalties of perjury as follows:

That I, Karen Hartford-Polk, am the AVP; Recovery Solutions of Bank of America Corporation. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables of Bank of America Corporation and its subsidiaries/acquisitions or affiliates. Bank of America Corporation and its subsidiaries/acquisitions or affiliates have numerous branch addresses, business locations, and payment centers. The addresses of which change and/or are eliminated over time.

For this reason, it is overly burdensome, and may be impossible, to provide documentation to verify the specific address of record.

I affirm that the foregoing is true, under the penalties of perjury this _19_ day of _February_ 20_08_

_____
Karen Hartford-Polk
AVP; Recovery Solutions
Bank of America Corporation
525 N. Tyron
NC1-023-15-01
Charlotte, NC 28255

---

STATE OF ___NC___ )
COUNTY OF _Mecklenburg_ )

On this _19_ day of _February_, 20_08_ before me _Karen Hartford-Polk_ personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the with in instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.
WITNESS my hand and official seal.

_____        Affiant: Known _✓_ or Produced ID _____
Signature                                Type of ID _____

My commission expires: _3/25/2009_

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

(Mark One)

[✓] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the fiscal year ended December 31, 2008

or

[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the transition period from       to
Commission file number:
1-6523

Exact name of registrant as specified in its charter:

# Bank of America Corporation

State or other jurisdiction of incorporation or organization:
Delaware

IRS Employer Identification No.:
56-0906609

Address of principal executive offices:
Bank of America Corporate Center
100 N. Tryon Street
Charlotte, North Carolina 28255

Registrant's telephone number, including area code:
(704) 386-5681

SECURITIES REGISTERED PURSUANT TO SECTION 12(b) OF THE ACT:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock | New York Stock Exchange |
|  | London Stock Exchange |
|  | Tokyo Stock Exchange |
| Depositary Shares, each Representing a 1/1,000th interest in a share of 6.204% Non-Cumulative Preferred Stock, Series D | New York Stock Exchange |
| Depositary Shares, each Representing a 1/1,000th interest in a share of Floating Rate Non-Cumulative Preferred Stock, Series E | New York Stock Exchange |
| Depositary Shares, each Representing a 1/1,000th interest in a Share of 8.20% Non-Cumulative Preferred Stock, Series H | New York Stock Exchange |
| Depositary Shares, each Representing a 1/1,000th interest in a share of 6.625% Non-Cumulative Preferred Stock, Series I | New York Stock Exchange |
| Depositary Shares, each Representing a 1/1,000th interest in a share of 7.25% Non-Cumulative Preferred Stock, Series J | New York Stock Exchange |
| 7.25% Non-Cumulative Perpetual Convertible Preferred Stock, Series L | New York Stock Exchange |
| Depositary Shares, each representing a 1/1,200th interest in a share of Bank of America Corporation Floating Rate Non-Cumulative Preferred Stock, Series 1 | New York Stock Exchange |
| Depositary Shares, each representing a 1/1,200th interest in a share of Bank of America Corporation Floating Rate Non-Cumulative Preferred Stock, Series 2 | New York Stock Exchange |
| Depositary Shares, each representing a 1/1,200th interest in a share of Bank of America Corporation 6.375% Non-Cumulative Preferred Stock, Series 3 | New York Stock Exchange |
| Depositary Shares, each representing a 1/1,200th interest in a share of Bank of America Corporation Floating Rate Non-Cumulative Preferred Stock, Series 4 | New York Stock Exchange |
| Depositary Shares, each representing a 1/1,200th interest in a share of Bank of America Corporation Floating Rate Non-Cumulative Preferred Stock, Series 5 | New York Stock Exchange |
| Depositary Shares, each representing a 1/40th interest in a share of Bank of America Corporation 6.70% Non-cumulative Perpetual Preferred Stock, Series 6 | New York Stock Exchange |
| Depositary Shares, each representing a 1/40th interest in a share of Bank of America Corporation 6.25% Non-cumulative Perpetual Preferred Stock, Series 7 | New York Stock Exchange |
| Depositary Shares, each representing a 1/1,200th interest in a share of Bank of America Corporation 8.625% Non-Cumulative Preferred Stock, Series 8 | New York Stock Exchange |
| 6.75% Trust Preferred Securities of Countrywide Capital IV (and the guarantees related thereto) | New York Stock Exchange |
| 7.00% Capital Securities of Countrywide Capital V (and the guarantees related thereto) | New York Stock Exchange |
| Capital Securities of BAC Capital Trust I (and the guarantee related thereto) | New York Stock Exchange |
| Capital Securities of BAC Capital Trust II (and the guarantee related thereto) | New York Stock Exchange |
| Capital Securities of BAC Capital Trust III (and the guarantee related thereto) | New York Stock Exchange |
| 5 7/8% Capital Securities of BAC Capital Trust IV (and the guarantee related thereto) | New York Stock Exchange |
| 6% Capital Securities of BAC Capital Trust V (and the guarantee related thereto) | New York Stock Exchange |
| 6% Capital Securities of BAC Capital Trust VIII (and the guarantee related thereto) | New York Stock Exchange |
| 6 1/4% Capital Securities of BAC Capital Trust X (and the guarantee related thereto) | New York Stock Exchange |
| 6 7/8% Capital Securities of BAC Capital Trust XII (and the guarantee related thereto) | New York Stock Exchange |
| Floating Rate Preferred Hybrid Income Term Securities of BAC Capital Trust XIII (and the guarantee related thereto) | New York Stock Exchange |
| 5.63% Fixed to Floating Rate Preferred Hybrid Income Term Securities of BAC Capital Trust XIV (and the guarantee related thereto) | New York Stock Exchange |

Exhibit 21

**DIRECT AND INDIRECT SUBSIDIARIES OF BANK OF AMERICA CORPORATION**
**AS OF 1/31/09**

| Name | Location |
| --- | --- |
| 100 Federal Street Limited Partnership | Boston, MA |
| 121 Washington Street Master Tenant, LLC | Providence, RI |
| 200 Allens Avenue, LLC | Providence, RI |
| 201 North Tryon, LLC | Charlotte, NC |
| 214 North Tryon, LLC | Charlotte, NC |
| 222 Broadway, LLC | New York, NY |
| 250 Capital LLC | New York, NY |
| 2007 Merrill Lynch Merchant Banking Fund, L.P. | New York, NY |
| 2008 Merrill Lynch Merchant Banking Fund, L.P. | New York, NY |
| 2008 Merrill Lynch Merchant Banking Fund International, L.P. | New York, NY |
| 1110421 Ontario Limited | Toronto, Ontario, Canada |
| 1300166 Ontario Limited | Toronto, Ontario, Canada |
| 1343190 Alberta Inc. | Toronto, Ontario, Canada |
| A/M Properties, Inc. | Baltimore, MD |
| AANAH Holding LLC | Chicago, IL |
| AANAH Holding LLC II | Chicago, IL |
| AANAH Holding LLC III | Chicago, IL |
| Aarco 106 Limited | Chester, United Kingdom |
| Abilene Park, Inc. | Charlotte, NC |
| Abilene Partners | Charlotte, NC |
| Abovo Investment Limited | George Town, Grand Cayman, Cayman Is. |
| Acao Multimidia S.A. | Sao Paulo, Brazil |
| Acceptance Alliance, LLC | Louisville, KY |
| Access 1 Fundo De Investimento Em Cotas De Fundo De Investimento Em Direitos Creditorios Nao Padronizado | Sao Paulo, Brazil |
| Achilles Trading LLC | Charlotte, NC |
| Administradora Blue 2234 S. de R.L. de C.V. | Mexico City, Mexico |
| Advest Capital, Inc. | New York, NY |
| Advest Group, Inc., The | New York, NY |
| Advest, Inc. | New York, NY |
| Advest Insurance Agency, Inc. | Pennington, NJ |
| Aguila Corp S.A.C. | Lima, Peru |
| Alamo Funding II, Inc. | Charlotte, NC |
| Alamo Funding LLC | Charlotte, NC |
| Alexandra IV, LLC | New York, NY |
| Alie Street Investments Limited | London, U.K. |
| Alie Street Investments 3 Limited | London, U.K. |
| Alie Street Investments 4 Limited | London, U.K. |
| Alie Street Investments 5 Limited | London, U.K. |
| Alie Street Investments 6 Limited | London, U.K. |
| Alie Street Investments 7 Limited | London, U.K. |
| Alie Street Investments 8 Limited | London, U.K. |
| Alie Street Investments 9 Limited | London, U.K. |
| Alie Street Investments 10 Limited | London, U.K. |
| Alie Street Investments 11 Limited | London, U.K. |
| Alie Street Investments 12 Limited | London, U.K. |
| Alie Street Investments 13 Limited | London, U.K. |
| Alie Street Investments 14 Limited | London, U.K. |
| Alie Street Investments 15 Limited | London, U.K. |

| Name | Location |
|---|---|
| Corporate Leasing Facilities Limited | London, U.K. |
| Corporate Properties Services, Inc. | Wilmington, DE |
| Cortlandt Realty Associates I, L.P. | New York, NY |
| Countryside SA Holdings, LP | Dallas, TX |
| Countrywide Alternative Asset Management Inc. | Calabasas, CA |
| Countrywide Alternative Investments Inc. | Calabasas, CA |
| Countrywide Asset Management Corp. | Calabasas, CA |
| Countrywide Bank, FSB | Alexandria, VA |
| Countrywide Capital I | Calabasas, CA |
| Countrywide Capital II | Calabasas, CA |
| Countrywide Capital III | Calabasas, CA |
| Countrywide Capital IV | Calabasas, CA |
| Countrywide Capital IX | Calabasas, CA |
| Countrywide Capital Markets Asia (HK) Limited | Hong Kong, PRC |
| Countrywide Capital Markets Asia Ltd. | George Town, Grand Cayman, Cayman Is. |
| Countrywide Capital Markets, LLC | Calabasas, CA |
| Countrywide Capital V | Calabasas, CA |
| Countrywide Capital VI | Calabasas, CA |
| Countrywide Capital VII | Calabasas, CA |
| Countrywide Capital VIII | Calabasas, CA |
| Countrywide Commercial Administration LLC | Calabasas, CA |
| Countrywide Commercial JPI LLC | Calabasas, CA |
| Countrywide Commercial Mortgage Capital, Inc. | Calabasas, CA |
| Countrywide Commercial Real Estate Finance, Inc. | Calabasas, CA |
| Countrywide Derivative Products, Inc. | Calabasas, CA |
| Countrywide Field Services Corporation | Simi Valley, CA |
| Countrywide Financial Corporation | Calabasas, CA |
| Countrywide Foundation, The | Calabasas, CA |
| Countrywide GP, LLC | Calabasas, CA |
| Countrywide Hillcrest I, Inc. | Calabasas, CA |
| Countrywide Home Loans of Minnesota, Inc. | Eden Prairie, MN |
| Countrywide Home Loans of Tennessee, Inc. | Brentwood, TN |
| Countrywide Home Loans of Texas, Inc. | Calabasas, CA |
| Countrywide Home Loans Servicing LP | Plano, TX |
| Countrywide Home Loans, Inc. | Calabasas, CA |
| Countrywide Insurance Services of Texas, Inc. | Plano, TX |
| Countrywide Insurance Services, Inc. | Simi Valley, CA |
| Countrywide International Consulting Services, LLC | Calabasas, CA |
| Countrywide International GP Holdings, LLC | Calabasas, CA |
| Countrywide International Holdings, Inc. | Calabasas, CA |
| Countrywide International Technology Holdings Limited | St. Peter Port, Guernsey, Channel Islands |
| Countrywide JV Technology Holdings Limited | St. Peter Port, Guernsey, Channel Islands |
| Countrywide KB Home Loans, LLC | Plano, TX |
| Countrywide LFT LLC | Calabasas, CA |
| Countrywide LP, LLC | Calabasas, CA |
| Countrywide Management Corporation | Calabasas, CA |
| Countrywide Mortgage Ventures, LLC | Calabasas Hills, CA |
| Countrywide Portfolio Accounting Services Inc. | Calabasas, CA |
| Countrywide Securities Corporation | Calabasas, CA |
| Countrywide Servicing Exchange | Calabasas, CA |
| Countrywide Sunfish Management LLC | Calabasas, CA |
| Countrywide Tax Services Corporation | Simi Valley, CA |
| Countrywide Warehouse Lending | Calabasas, CA |
| Covation LLC | Atlanta, GA |