| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| Jeannette M. Amodeo, Esq.<br>Lakeside Business Park<br>305 Independence Boulevard<br>Sicklerville, New Jersey 08081<br>(856) 740-0930<br>JA 7372 | |
| In Re:    Denise Mahoney | |



Order Filed on
8/2/2011
by Clerk U.S. Bankruptcy
Court District of New Jersey

Case No.:    06-10812

Adv. No.:

Hearing Date: June 20, 2011 at 10:00

Judge:    Gloria M Burns

## ORDER DIRECTING PAYMENT OF FUNDS TO DEBTOR AND BANK OF AMERICA CORPORATION PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTION 2041 *ET.SEQ.*

The relief set forth on the following pages. Numbered 1 through 2, is hereby is hereby
**ORDERED**

**DATED: 8/2/2011**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

(Page 2)
Debtor: Denise Mahoney
Case No.: 06-10812 - GMB

Caption of Order: **ORDER DIRECTING PAYMENT OF FUNDS TO DEBTOR AND BANK OF AMERICA CORPORATION PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTION 2041 *ET.SEQ.***

---

**THIS MATTER**, having come before the Court by way of Motion for an Order directing Payment of Funds to Bank of America corporation, through its designee, Dilks & Knopik, LLC, by and through counsel, attorney Eric J Clayman, Esq. and the parties having consented to the following terms:

**It is hereby ORDERED** that the sum of $2,055.39 shall be disbursed to the Bank of America by the Clerk of the Court. Said sum shall be mailed directly to the creditors attorney.

Eric J. Clayman, Esq.
412 White Horse Pike
Audubon, New Jersey 08106

**It is further ORDERED** that $10,000.00 shall be disbursed to the Debtor by the Clerk of the Court. Said sum shall be mailed directly to Debtor's attorney,

Jeannette M Amodeo
305 Independence Boulevard
Sicklerville, New Jersey 08081

**It is further ORDERED** that to the extent any additional funds are held by the Clerk of the Court, they shall be disbursed to the Debtor and mailed directly to Debtor's attorney.

CONSENTED TO BY:

_____
Eric J. Clayman, Esq.
Attorney for Bank of America

_____
Jeannette M Amodeo, Esq.
Attorney for the Debtor

*Approved by Judge Gloria M. Burns August 02, 2011*